

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HEIDENREICH TRUCKING COMPANY, an Illinois corporation, McENERY ENTERPRISES, L.L.C., an Illinois limited liability company, and WJM LEASING, L.L.C., an Illinois limited liability company, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 12 C 0858 <br><br> JUDGE GEORGE M. MAROVICH |

## **JUDGMENT ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendants, HEIDENREICH TRUCKING COMPANY, McENERY ENTERPRISES, L.L.C., and WJM LEASING, L.L.C.. , having been regularly served with process and having failed to appear, plead or otherwise defend, and default of all Defendants having been entered on March 13, 2012, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

    1.    It has jurisdiction of the subject matter herein and of the parties hereto.

    2.    For the reasons set forth by the National Labor Relations Board (enforced by the Seventh Circuit on June 14, 2012, case no. 12-1434), the Defendants are jointly and severally liable to Plaintiffs for all amounts due from Heidenreich Trucking Company, or A.D. Conner, Inc., and are determined to be a single employer and alter ego of one another.

3. Plaintiffs are entitled to judgment against Defendants for unpaid contributions totaling $1,700,733.19, plus liquidated damages of $192,245.78, interest of $235,818.07, and audit costs of $19,847.19.

4. As provided in the Agreements and Declarations of Trust governing the respective Funds, 29 U.S.C. §1132(g)(2) and 28 U.S.C. §1961, Plaintiffs are entitled to recover:

(a) liquidated damages and interest on all contributions paid late or remaining unpaid;

(b) the cost of auditing the payroll books and records of Defendant;

(c) costs and expenses of the Trustees, including their reasonable attorneys' fees;

(d) post-judgment interest; and

(e) costs and attorneys' fees incurred in executing on, or otherwise collecting, this judgment.

5. Plaintiffs have incurred costs totaling $1,652.89 and Plaintiffs' reasonable attorneys' fees totaling $51,003.50, and are entitled to recover same.

6. There is no just cause for delay in the entry of a Judgment Order as to the sum of $2,201,300.62 owed to the Plaintiffs from Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendants, HEIDENREICH TRUCKING COMPANY, McENERY ENTERPRISES, L.L.C., and WJM LEASING, L.L.C., the sum of $2,148,644.23 for contributions, liquidated damages, for interest, and audit costs.

B. That Plaintiffs recover from the Defendants, HEIDENREICH TRUCKING COMPANY, McENERY ENTERPRISES, L.L.C., and WJM LEASING, L.L.C., the sum of .$1,652.89 for their costs and $51,003.50 as and for Plaintiffs' just and reasonable attorneys' fees.

C. That Plaintiffs recover from the Defendants, HEIDENREICH TRUCKING COMPANY, McENERY ENTERPRISES, L.L.C., and WJM LEASING, L.L.C., the total sum of **$2,201,300.62**, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

D. That Plaintiffs are awarded their costs and attorneys' fees to execute on, or otherwise collect, this judgment.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/28/12

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Heidenreich Trucking\judgment order.pnr.df.wpd